IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              No. CR 09-2964-001 JB

PAUL D. RAINBIRD,

        Defendant.

## ORDER TERMINATING CONDITIONS OF SUPERVISED RELEASE

THIS MATTER is before the Court upon Defendant Paul D. Rainbird's Motion to Terminate Conditions of Supervised Release.

IT IS THEREFORE ORDERED that Defendant Paul D. Rainbird's supervised release conditions shall be terminated.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

Approvals:

Electronically submitted
Samuel Winder, Esq.
Pro Bono Attorney for Defendant Paul Rainbird
Walz and Associates

Telephonically Approved
Paul Spiers, Esq.
Assistant United States Attorney

Telephonically Approved
Daniel Stewart
United States Probation Officer